| 40-7/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978, Pub. No. 95-521 (5 U.S.C.A. App. 6, 101-112) |

| 1. Person Reporting (Last name, first, middle initial) CHASANOW, DEBORAH K. | 2. Court or Organization U.S. DIST. CT. FOR D. OF MD. | 3. Date of Report 08/06/93 |
| 4. Title (Article III Judges indicate active or senior; Magistrate Judges indicate full- or part-time) U.S. DISTRICT JUDGE - ACTIVE | 5. Report Type (check appropriate type) X Nomination, Date 06/24/93 __ Initial __ Annual __ Final | 6. Reporting Period 1/92-7/31./93 |
| 7. Chambers or Office Address RM 215 U.S. COURTHOUSE 101 W. LOMBARD ST. BALTIMORE, MD. 21201 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer Signature | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| [X] NONE (No reportable positions) | |

## II. AGREEMENTS. (Reporting individual only; see pp. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| [ ] NONE (No reportable agreements) | |
| 1/19/87 | State of Maryland - Deferred Retirement for 11 years of service |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (spouse only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| [ ] NONE (No reportable non-investment income) | | |
| | Salary (S) -State of Maryland Judiciary | $ 0.00 |
| | Rental income (S) - 151 Centerway, Greenbelt, Md. | $ 0.00 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>CHASANOW, DEBORAH K. | Date of Report<br>08/06/93 |
|---|---|---|

**IV.   REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.**
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 12-14 of instructions.)

|   | SOURCE | DESCRIPTION |
|---|---|---|
| X 1 | NONE   (No such reportable reimbursements or gifts) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

**V.   OTHER GIFTS.**   (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 15-16 of instructions.)

|   | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X 1 | NONE   (No such reportable gifts) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

**VI.   LIABILITIES.**   (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 16-17 of instructions.)

|   | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X 1 | NONE   (No reportable liabilities) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VALUE CODES:   J : $15,000 or less   K : $15,001 - $50,000   L : $50,001 - $100,000   M : $100,001 to $250,000

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 08/06/93 |

**VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions** (Includes those of spouse and dependent children; See pp. 18-26 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Methods Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 T.Rowe Price Tax ExemptMoney F | A | Div | J | T | | | | | | |
| 2 Chevy Chase Savings & Loan IRA | B | Int | K | T | | | | | | |
| 3 NationsBank(Sovran) (S) IRA | B | Int | K | T | | | | | | |
| 4 Second National Bldg.&Loan (J) | A | Int | J | T | closed | 11/92 | J | | | |
| 5 Unimproved Agricultural Land | | | | | | | | | | |
| 6 in St. Mary's Co. N.E. side, | | | | | | | | | | |
| 7 Hurry-Dynard R. (S) 1/4 int. | | | | | | | | | | |
| 8 in 72 acres | | | J | V | | | | | | |
| 9 Unimproved residential | | | | | | | | | | |
| 10 property in Westgate Woods (S) | | | J | V | | | | | | |
| 11 IDS Stock Fund (J) | B | INDI | K | T | | | | | | |
| 12 Consolidated Capital Growth | | | | | | | | | | |
| 13 Fund (S) | A | INDI | J | T | | | | | | |
| 14 Insured Mut.Inc. Trust 128 (J) | A | Int | J | T | | | | | | |
| 15 NationsBank(Sovran) Savings | A | Int | J | T | | | | | | |
| 16 NationsBank (Sovran) Checking | A | Int | J | T | | | | | | |
| 17 Second Nat.-savings acct (DC) | A | Int | K | T | | | | | | |
| 18 NationsBank(Sovran) check(S) | A | Int | J | T | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to $5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost(real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | CHASANOW, DEBORAH K. | 08/06/93 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; See pp. 18-26 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(s)" for joint ownership of reporting individual and spouse, "(s)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (Div., rent or Int.) | (1) Value Code (J-P) | (2) Value Methods Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month, Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | | |
| 19 NationsBank(Sovran)savings (S) | A | Int | J | T | | | | | | |
| 20 151 Centerway, Greenbelt, Md. | | | | | | | | | | |
| 21 (S) 1/4 interest | D | Rent | K | Q | | | | | | |
| 22 Insured Mut. Inc. Trust 98 (S) | A | Int | J | T | | | | | | |
| 23 Insured Mut. Inc. Trust 93 (S) | A | Int | J | T | | | | | | |
| 24 Nuveen Tax Exempt Unit Tr.(S) | A | INDI | J | T | | | | | | |
| 25 Manatee Co.Indus. Dev. Bond(S) | A | Int | J | T | | | | | | |
| 26 Lubbock Health Care Facilities | | | | | | | | | | |
| 27 Dev. Corp. Bond (S) | B | Div | J | T | | | | | | |
| 28 AIM Weingarten Fund (J) | A | Div | J | T | sell | 4/92 | J | A | otc through Merrill Lynch | |
| 29 Telefonos Mex (J) | A | Div | J | T | | | | | | |
| 30 Telefonos N SA RP L ADR (J) | A | Div | K | T | | | | | | |
| 31 T.Rowe Price Md.TaxFreeBond(J) | B | Div | L | T | | | | | | |
| 32 T.RowePrice Md Tax Free Bond | A | Div | K | T | opened | 10/92 | J | | | |
| 33 Noise Cancelatn Tech Com (J) | | None | J | T | buy | 4/92 | J | | o.t.c. | |
| 34 Saatchi & Saatchi (J) | | None | J | T | buy | 4/92 | J | | N.Y.S.E. | |
| 35 | | None | | | buy | 6/93 | J | | Exercise Rights | |
| 36 American Woodmark (J) | | None | J | T | buy | 5/92 | J | | Koonce Securities | |

1 Income/Gain Codes: (See Col. B1 & D4) A=$1,000 or less, B=$1,001 to $2,500, C=$2,501 to $5,000, D=$5,001 to $15,000, E=$15,001 to $50,000, F=$50,001 to $100,000, G=$100,001 to $1,000,000, H=More than $1,000,000

2 Value Codes: (See Col. C1 & D3) J=$15,000 or less, K=$15,001 to $50,000, L=$50,001 to $100,000, M=$100,001 to $250,000, N=$250,001 to $500,000, O=$500,001 to $1,000,000, P=More than $1,000,000

3 Value Method Codes: (See Col. C2) Q=Appraisal, R=Cost(real estate only), S=Assessment, T=Cash/Market, U=Book Value, V=Other, W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | CHASANOW, DEBORAH K. | 08/06/93 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; See pp. 18-26 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g.. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method3 Code (Q-U) | (1) Type (e.g.. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month- Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 37 Equitable | A | Div | J | T | reorg | 7/92 | J | | company | |
| 38 | | | | | Sold | 7/93 | J | A | Redemption | |
| 39 | | | | | | | | | | |
| 40 | | | | | | | | | | |
| 41 | | | | | | | | | | |
| 42 | | | | | | | | | | |
| 43 | | | | | | | | | | |
| 44 | | | | | | | | | | |
| 45 | | | | | | | | | | |
| 46 | | | | | | | | | | |
| 47 | | | | | | | | | | |
| 48 | | | | | | | | | | |
| 49 | | | | | | | | | | |
| 50 | | | | | | | | | | |
| 51 | | | | | | | | | | |
| 52 | | | | | | | | | | |
| 53 | | | | | | | | | | |
| 54 | | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to $5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost(real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | CHASANOW, DEBORAH K. | 08/06/93 |

VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>CHASANOW, DEBORAH K. | Date of Report<br>08/06/93 |
|---|---|---|

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature *Deborah K. Chasanow*          Date *Aug. 6, 1993*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, 104, AND 18 U.S.C. 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Washington, D.C. 20544

Digitized by Google